LARRY L. BAUMBACH
SBN 50086
Law Office of Larry L. Baumbach
2531 Forest Ave., Ste 100
Chico, California 95928
Telephone:  (530)891-6222
Fax:  (530)893-8245

ANIL PAI
SBN 234189
Pai Law Firm
2531 Forest Ave., Ste 100
Chico, California 95928
Telephone:  (530)924-5999
Fax:  (530)924-0969

Attorneys for Plaintiff
ROBERT RAITER

CAROLEE G. KILDUFF, S.B. #107232
Email: ckilduff@akk-law.com
WILLIAM J. BITTNER, S.B. #292056
Email: wbittner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendant CITY OF OROVILLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAITER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF OROVILLE, and DOES 1 through 50, inclusive.<br><br>　　　　　　Defendants. | Case No.: 2:22-cv-00530-TLN-DB<br><br>**STIPULATION AND ORDER MODIFYING INITIAL PRETRIAL SCHEDULING ORDER**<br><br>Judge: Hon. Troy L. Nunley |

///

///

Plaintiff ROBERT RAITER ("Plaintiff") and Defendant CITY OF OROVILLE ("Defendant") and (collectively, the "parties"), by and through their respective attorneys of record, and pursuant to Federal Rules of Civil Procedure ("Rule") 16(b)(4) and Local Rules 143 and 144(d) of the United States District Court for the Eastern District of California, hereby stipulated and agree as follows:

**WHEREAS**, on March 22, 2023, the Court issued its Initial Pretrial Scheduling Order (Dkt. 3);

**WHEREAS**, Section III of the Initial Pretrial Scheduling Order provides, in part, "All discovery, with the exception of expert discovery shall be completed no later than two hundred forty (240) days from the date upon which the last answer may be filed with the Court pursuant to the Federal Rules of Civil Procedure";

**WHEREAS**, Section IX of the Initial Pretrial Scheduling Order provides, in part, "The parties are reminded that pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Initial Pretrial Scheduling Order shall not be modified except by leave of court upon a showing of good cause";

**WHEREAS**, in accordance with the Initial Pretrial Scheduling Order initial disclosure of expert witnesses was set for March 18, 2024; designation of supplemental expert witnesses was set for no later than April 17, 2024;

**WHEREAS**, in accordance with the Initial Pretrial Scheduling Order and the Joint Report, the last day to file dispositive motions was set for July 15, 2024;

**WHEREAS**, the Parties have engaged in initial written discovery and are in the process of scheduling depositions;

**WHEREAS**, in managing this case alongside a similar case, Plaintiff inadvertently confused the deadlines for each, leading to miscalendaring of discovery dates in this matter. This error was not realized until a recent review of the case timelines, highlighting the need for an adjustment to the pretrial schedule;

**WHEREAS**, upon recognizing this discrepancy, the Plaintiff's counsel has taken immediate steps to rectify the situation and seeks the Court's understanding and cooperation in rescheduling the pretrial deadlines to ensure proper and thorough preparation for the upcoming proceedings.

**WHEREAS**, the Parties believe additional time to complete fact and expert discovery is necessary for a full and fair prosecution of this matter; and

**WHEREAS**, this is the first request for continuance of deadlines made by the Parties;

**WHEREAS**, the parties agree that good cause exists to amend the Initial Pretrial Scheduling Order;

**NOW, THEREFORE**, the parties through their respective counsel, jointly propose and stipulate to the following:

The deadlines set forth in the Court's March 22, 2022, Initial Pretrial Scheduling Order and the Joint Report shall be continued four (4) months, or set on such other dates as the Court determines, as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| **Discovery Cut-Off** | January 17, 2024 | May 17, 2024 |
| **Expert Disclosures** | March 18, 2024 | July 18, 2024 |
| **Supplemental Expert Disclosures** | April 17, 2024 | August 19, 2024 |
| **Supplemental Discovery** | June 14, 2024 | October, 14, 2024 |
| **Dispositive Motions** | July 15, 2024 | November 18, 2024 |
| **Joint Notice of Trial Readiness (if no dispositive motions filed)** | May 16, 2024 | September 16, 2024 |

**IT IS SO STIPULATED.**

Dated:  February 5, 2024

                                            LAW OFFICES OF LARRY L. BAUMBACH


                                            By:      */s/ Larry L. Baumbach*
                                                   Larry L. Baumbach
                                                   Attorneys for Plaintiff
                                                   ROBERT RAITER

Dated:                                   ANGELO, KILDAY & KILDUFF, LLP

                                       /s/ *Carolee G. Kilduff*
                                 By:_____
                                       CAROLEE G. KILDUFF
                                       WILLIAM J. BITTNER
                                       Attorneys for Defendant CITY OF OROVILLE

Under Eastern District of California Civil Local Rule 131(e) (Fed. R. Civ. P. 7), I attest that I obtained concurrence in the filing of this document from all of the above signatories.

Dated: February 5, 2024

                                  LAW OFFICES OF LARRY L. BAUMBACH

                               By:   /s/ *Larry L. Baumbach*
                                  Larry L. Baumbach
                                  Attorneys for Plaintiff
                                  ROBERT RAITER

# ORDER

For good cause shown, and pursuant to the Stipulation of the parties, the deadlines in the Court's March 22, 2022 Initial Pretrial Scheduling Order and the Joint Report shall be continued four (4) months, or set on such other dates as the Court determines, as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| **Discovery Cut-Off** | January 17, 2024 | May 17, 2024 |
| **Expert Disclosures** | March 18, 2024 | July 18, 2024 |
| **Supplemental Expert Disclosures** | April 17, 2024 | August 19, 2024 |
| **Supplemental Discovery** | June 14, 2024 | October, 14, 2024 |
| **Dispositive Motions** | July 15, 2024 | November 18, 2024 |
| **Joint Notice of Trial Readiness (if no dispositive motions filed)** | May 16, 2024 | September 16, 2024 |

IT IS SO ORDERED.

Dated: February 5, 2024

Troy L. Nunley
United States District Judge