LARRY L. BAUMBACH
SBN 50086
Law Office of Larry L. Baumbach
2531 Forest Ave., Ste 100
Chico, California 95928
Telephone: (530)891-6222
Fax: (530)893-8245

ANIL PAI
SBN 234189
Pai Law Firm
2531 Forest Ave., Ste 100
Chico, California 95928
Telephone: (530)924-5999
Fax: (530)924-0969

Attorneys for Plaintiff
ROBERT RAITER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAITER,<br><br>           Plaintiff,<br><br>     vs.<br><br>CITY OF OROVILLE and DOES 1 through 50.,<br><br>           Defendants. | Case No.: 2:22-cv-00530-TLN-DB<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff ROBERT RAITER and Defendants CITY OF OROVILLE (collectively, the Parties) to this action, through their designated counsel, that, having reached settlement in the case, the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), each party to bear its own respective attorneys' fees and costs. The Parties further stipulate that, to the extent permitted, this Court shall retain jurisdiction to enforce the settlement agreement signed by the Parties.

| | |
|---|---|
| Dated: July 30, 2024 | LAW OFFICE OF LARRY L. BAUMBACH |
| | */s/ Larry L. Baumbach* |
| | By:_____ |
| |    LARRY L. BAUMBACH |
| |    Attorney for Plaintiff ROBERT RAITER |
| | |
| Dated: July 30, 2024 | ANGELO, KILDAY & KILDUFF, LLP |
| |   */s/ Carolee G. Kilduff* |
| | By:_____ |
| |    CAROLEE G. KILDUFF |
| |    WILLIAM J. BITTNER |
| |    Attorneys for Defendant CITY OF |
| |    OROVILLE |

# **ORDER**

Pursuant to the stipulation of the Parties pursuant Federal Rule of Civil Procedure FRCP 41(a)(1), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE, with each Party bearing its own respective attorneys' fees and costs.  This Court shall retain jurisdiction to enforce the settlement agreement signed by Plaintiff and Defendants.

IT IS SO ORDERED.

Dated:  July 30, 2024

_____
Troy L. Nunley
United States District Judge